### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

BRIAN G. BIRDSALL AND                                     CIVIL ACTION NO
KAREN L. BIRDSALL                                         07-8317

VERSUS

STATE FARM FIRE AND CASUALTY                              SECTION M
INSURANCE COMPANY AND
NORA VADEN INSURANCE AGENCY

### ORDER

Before the Court is Plaintiffs' Motion to Remand which is opposed by Defendant State Farm Fire and Casualty Insurance Company (State Farm), and which came for hearing on March 19, 2008, on the briefs.

In light of the Plaintiffs' Stipulation and Renunciation of Right to Enforce Judgment filed in the state court December 21, 2007, (Exhibit P-1), this Court does not have jurisdiction, and accordingly remands it to the 24th Judicial Court for the Parish of Jefferson.

New Orleans, Louisiana, this 25th day of March, 2008.

Peter Beer
United States District Court